Argued January 20, affirmed January 27, 1975

STATE OF OREGON (No. C-74-03-0721),
*Respondent, v.* RICHARD ROBERT
GOVER, *Appellant.*

530 P2d 1271

*Phillip M. Margolin,* Portland, argued the cause and filed the brief for appellant.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

Defendant, having been convicted of burglary in the first degree, ORS 164.225, appeals, contending that he was deprived of due process by comments the

trial judge made in the presence of the jury regarding defendant's counsel. There is no merit to this contention. *Hindman v. Coy,* 207 Or 279, 286, 295 P2d 1097 (1956); *State v. Jorgensen,* 8 Or App 1, 492 P2d 312 (1971), Sup Ct *review denied* (1972).

Defendant made two other assignments of error. One he abandoned at oral argument before this court; the other does not warrant discussion.

Affirmed.